UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIFUSIN CHIU,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD TRUMP,<br><br>    Defendant. | No. 2:25-cv-0704 DJC AC PS<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 25, 2025 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 3. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 25, 2025, are adopted in full;
2. All claims against all defendants are DISMISSED; and

////

1

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 13, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Chui0704.800

2